```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 USA,              :  22-cr-0001 (RWL)

      Plaintiff, :

              :  **SENTENCING**
 - against -      :  <u>**CONFERENCE ORDER**</u>

RODNEY BERRY.      :

      Defendant. :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

  ORDER: Sentencing scheduled for **APRIL 18, 2022, at 10:00 a.m.** in Courtroom 18D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Robert W. Lehrburger. Parties are instructed to review and adhere to Judge Lehrburger's individual rules and practices.

              SO ORDERED.

              _____
              ROBERT W. LEHRBURGER
              UNITED STATES MAGISTRATE JUDGE

Dated: March 22, 2022
   New York, New York

Copies transmitted this date to all counsel of record.