```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
USA,

                        Plaintiff,           22-cr-0001 (RWL)

        - against -                          ORDER

RODNEY BERRY,

                        Defendant.
------------------------------------------------------------X
```

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:_____ DATE FILED: 4/1/2022**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

If either Defendant or the Government plans to submit letters in regard to sentencing, they must do so no later than April 11, 2022.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 1, 2022
       New York, New York

Copies transmitted this date to all counsel of record.